UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:13CR00019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| MARY FALLS, | ) ) | |
| Defendant. | ) ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (Doc. No. 89) as to defendant MARY FALLS in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Federal Defenders of Western North Carolina and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: September 5, 2013

Frank D. Whitney
Chief United States District Judge